UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STONCOR GROUP, INC.,                             :

                                                   :         ORDER
                    Plaintiff,

                                                   :         16 Civ. 4574 (LAK) (GWG)

   -v.-

                                                 :
PEERLESS INSURANCE COMPANY,
                                                 :

                  Defendant.     :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference to discuss the status of this matter shall take place on Monday, December 21, 2020, at 2:30 p.m.

     At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                                                     _____
                                                                     GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge