UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STONCOR GROUP, INC., d/b/a STONHARD   :
CORP., and FIRST CONTINENTAL
INSURANCE COMPANY,                                            :

                                                              :        <u>ORDER</u>
                      Plaintiff,

                                                              :        16 Civ. 4574 (LAK) (GWG)
   -v.-

                                                              :
PEERLESS INSURANCE COMPANY,
                                                              :

                     Defendant.         :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The provisions in Docket # 133 remain in effect except that the undersigned will decide any motions in limine. Any such motion by a party shall be filed in a single memorandum of law (with affidavits if necessary) encompassing all such motions by that party. A party shall file its motion papers by August 2, 2021. Any opposition shall be filed by August 9, 2021. Any reply shall be filed by August 12, 2021.

      SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge