UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STONCOR GROUP, INC., d/b/a STONHARD          :
CORP., and FIRST CONTINENTAL
INSURANCE COMPANY,                                        :

                                                                :       <u>ORDER</u>
                      Plaintiff,

                                                                :       16 Civ. 4574 (LAK) (GWG)

   -v.-

                                                                :
PEERLESS INSURANCE COMPANY,
                                                                :

                     Defendant.          :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference regarding Docket ## 160, 161, and 162 shall take place on <u>Monday, February 28, 2022 at 4:00 p.m.</u>  In addition to addressing any issue raised in the letters, the parties should be prepared to address the question of whether either plaintiff is a third-party beneficiary of the insurance contract between Surfacesys and Peerless Insurance Company.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: February 25, 2022
       New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge