UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STONCOR GROUP, INC., et ano.,

                Plaintiffs,

      -against-                                16-cv-4574 (LAK)

PEERLESS INSURANCE COMPANY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant's renewed motion for summary judgment (Dkt 168) is denied.

        The case is set for trial on May 17, 2022 at 9:30 a.m. in Courtroom 21B.

        Plaintiff's witness statements, designated deposition excerpts, and premarked exhibits shall be submitted to chambers no later than April 15, 2022. Defendant's similar materials shall be submitted to chambers no later than April 29, 2022.

        SO ORDERED.

Dated:      March 16, 2022

                                                Lewis A. Kaplan
                                                United States District Judge