UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STONCOR GROUP, INC., d/b/a STONHARD
CORP., and FIRST CONTINENTAL
INSURANCE CO.,

                Plaintiffs,                16 **CIVIL** 4574 (LAK)(GWG)

    -v-                                    **JUDGMENT**

PEERLESS INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulated Order dated September 29, 2022, in light of the stipulation, the judgment is entered in favor of plaintiff First Continental Insurance Co. against defendant Peerless Insurance Company in the amount of $273,548.36 plus prejudgment interest to run at the rate of $42.6575 per day from August 26, 2022, until the date judgment is entered, in the amount of $1,493.10. Post-judgment interest shall run at the statutory rate provided by 28 U.S.C. § 1961. First Continental Insurance Co. is entitled to recover any taxable costs and disbursements pursuant to Fed. R. Civ. P. 54(d)(l); accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                              **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                        **BY:**    *K. Mango*

                                                  **Deputy Clerk**